IN THE UNITED STATES DISTRICT COURT
FOR THE <u>SOUTHERN</u> DIVISION OF TEXAS
<u>BROWNSVILLE</u> DIVISION

2

United States District Court
Southern District of Texas
FILED

DEC 13 2001

Michael N. Milby
Clerk of Court

<u>　　SANTOS MONTOYA　　544493　　</u>
Plaintiff's name and ID Number

<u>　　　ELLIS UNIT　　　　　　　　</u>
Place of Confinement

CASE NO. <u>B -01- 205　　</u>
(Clerk will assign the number)

V.

<u>JANIE COCKRELL, DIRECTOR
P.O. BOX 99
HUNTSVILLE, TEXAS 77340</u>

APPLICATION TO PROCEED
IN FORMA PAUPERIS

Defendant's name and address

I, <u>SANTOS MONTOYA　　</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?      Yes ☐    No ☒
   b. Rent payments, interest or dividends?              Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐    No ☒
   d. Gifts or inheritances?                             Yes ☐    No ☒
   e. Family or friends?                                 Yes ☒    No ☐
   f. Any other sources?                                 Yes ☐    No ☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   <u>Family　　　　　　　　　　　　　　　　　　　　</u>
   <u>　　　　　　　　　　　　　　　　　　　　　　　</u>

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   　　　　　　　　Yes ☒       No ☐

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   <u>　　0.68　　　　　　　　　　　　　　　　　　　</u>
   <u>　　　　　　　　　　　　　　　　　　　　　　　</u>

1                                   ATCIFP - FRONT (REV. 3/01)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

       Yes ☐    No ☒

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __29__ day of __November__, 20 _01_.

_____   __544493__
Signature of Plaintiff           ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           11/28/01
E024/BTI4257                  IN-FORMA-PAUPERIS DATA                 14:44:45
TDCJ#: 00544493 SID#: 03206175 LOCATION: ELLIS         INDIGENT DTE: 00/00/00
NAME: MONTOYA,SANTOS                       BEGINNING PERIOD: 05/01/01
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           20.68 TOT HOLD AMT:         0.00 3MTH TOT DEP:   130.00
6MTH DEP:             490.00 6MTH AVG BAL:        36.18 6MTH AVG DEP:    81.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
10/01      60.03          60.00         07/01     217.10          210.00
09/01      50.08          50.00         06/01     100.00          150.00
08/01     108.53          20.00         05/01       0.00            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Texas_
ON THIS THE _28_ DAY OF _November 2001_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*K.J. Mahone* (signature)

[Notary Seal: K.J. MAHONE — Commission Expires 07-01-2002]