3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SANTOS MONTOYA | * |
| VS | * C.A. NO. B-01-205 |
| JANIE COCKRELL, Director,<br>Texas Department of Criminal Justice,<br>Institutional Division | *<br><br>* |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **March 8, 2002.** The answer shall include the state record.

DONE at Brownsville, Texas, this the 7th day of January 2002.

_____
Felix Recio
United States Magistrate Judge