UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SANTOS MONTOYA | * |
| VS | *   C.A. NO. B-01-205 |
| JANIE COCKRELL, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | * * |

## ORDER

The above-styled and numbered 28 U.S.C. § 2254 cause of action has been set for an **evidentiary hearing** on August 8, 2002, at 2:00 p.m., to determine Petitioner's request for restoration of good-time credit to which he claims he is entitled. Therefore, attorney David Siller Gonzalez, III, is hereby appointed to represent the Petitioner at said hearing.

The Clerk is hereby **ORDERED** to issue a writ ad testificandum for the Petitioner's presence at said hearing.

DONE at Brownsville, Texas, on 12th day of June 2002.

Felix Recio
United States Magistrate Judge