IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SANTOS MONTOYA, § | |
|     Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-01-205 |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
|     Respondent. § | |

**RESPONDENT COCKRELL'S MOTION TO APPEAR *PRO HAC VICE*
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Respondent herein, by and through her attorney, the Attorney General of Texas, and files this, Respondent Cockrell's Motion to Appear *Pro Hac Vice* with Brief in Support. In support thereof, the Respondent would respectfully show the court the following:

    The undersigned is an attorney with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas and has been assigned to represent the Respondent in this cause. The undersigned has been licensed to practice in the State of Texas since November 2, 2001, and is a member in good standing of the State Bar of Texas. The undersigned began employment with this Division on May 6, 2002, and will soon submit an application for admission to practice before this court. The undersigned has read and will comply with the Local Rules for the District.

    For the foregoing reasons, the undersigned respectfully requests that this motion to appear before this court *pro hac vice* be granted.

                Respectfully submitted,

                JOHN CORNYN
                Attorney General of Texas

                HOWARD G. BALDWIN
                First Assistant Attorney General

                MICHAEL T. McCAUL
                Deputy Attorney General
                for Criminal Justice

                S. MICHAEL BOZARTH
                Assistant Attorney General
                Chief, Habeas Corpus Division

                _____
*Lead Counsel           STACEY M. GOLDSTEIN*
                Assistant Attorney General
                State Bar No. 24031632

                P. O. Box 12548, Capitol Station
                Austin, Texas   78711
                (512) 936-1400
                Facsimile No. (512) 936-1280

                ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Stacey M. Goldstein, Assistant Attorney General of Texas, do hereby certify that I spoke with David S. Gonzales, III on Wednesday, June 26, 2002 and he stated that he will not oppose this Motion to Appear *Pro Hac Vice*.

                _____
                STACEY M. GOLDSTEIN
                Assistant Attorney General

## NOTICE OF SUBMISSION

TO:   David S. Gonzales, III you are hereby notified that the undersigned attorney will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

_____
STACEY M. GOLDSTEIN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Stacey M. Goldstein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Motion to Appear *Pro Hac Vice* has been served by placing same in the United States Mail, postage prepaid, on this the 27th day of June, 2002, addressed to:

David S. Gonzales, III
Attorney at Law
501 E Tyler Ave
Harlingen, TX 78550

_____
STACEY M. GOLDSTEIN
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *SANTOS MONTOYA,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. B-01-205 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**ORDER**

Be it remembered that on this day came to be considered Respondent Cockrell's Motion to Appear *Pro Hac Vice* with Brief in Support, and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and it is hereby GRANTED. Assistant Attorney General Stacey M. Goldstein is permitted to proceed *Pro Hac Vice* in this action.

SIGNED on this, the _____ day of _____, 2002.

_____
JUDGE PRESIDING