UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| SANTOS MONTOYA, | § |
| Petitioner, | § |
| | § |
| v. | § |
| | § | CIVIL ACTION NO. B-01-205
| JANIE COCKRELL, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE, INSTITUTIONAL DIVISION, | § |
| Respondent. | § |

**ORDER**

Before the Court are the following motions:

1) Respondent Cockrell's "Motion to Cancel the Evidentiary Hearing and Motion to Dismiss for Lack of Jurisdiction With Brief in Support" (Doc. # 7);

2) Respondent Cockrell's "Motion to Substitute Counsel for the Director with Brief in Support" (Doc. # 8);

3) Respondent Cockrell's "Motion to Appear *Pro Hac Vice* with Brief in Support" (Doc. # 9);

After due consideration, the Respondent's Motion to Cancel the Evidentiary Hearing is hereby DENIED. The remainder of said motion will be carried along until the evidentirary hearing on August 8, 2002, at 2:00 p.m. The Respondent's Motions to Substitute Counsel and to Appear *Pro Hac Vice* are hereby GRANTED.

DONE at Brownsville, Texas, this _____ day of July, 2002.

Felix Recio
United States Magistrate Judge