IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 29 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANTOS MONTOYA | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-205 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S MOTION TO APPEAR AS CO-COUNSEL WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent, Janie Cockrell, Director ("the Director"), Texas Department of Criminal Justice, Institutional Division ("TDCJ-ID"), by and through her attorney, the Attorney General for the State of Texas, and files this **Respondent Cockrell's Motion to Appear As Co-Counsel with Brief in Support**.

**I.**

This cause is a habeas corpus petition brought by Texas state prisoner Santos Montoya ("Montoya") under 28 U.S.C. §§ 2241 and 2254 (West 2002). Montoya's appointed counsel is Mr. David S. Gonzales, III. An evidentiary hearing is currently set for August 8, 2002, at 2:00 p.m..

**II.**

In support of this motion, the Director would show the court the following: This cause has been assigned within the Habeas Corpus Division of the Office of the Attorney General to Assistant Attorney General Linda E. Garza to act as co-counsel for the Director. The Director's counsel of record, Assistant Attorney General Stacey M. Goldstein, is to remain as lead counsel.

All future correspondence should remain forwarded to Assistant Attorney General Stacey M. Goldstein at P.O. Box 12548, Capital Station, Austin, Texas, 78711-2548.

### III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that Assistant Attorney General Linda E. Garza be designated as co-counsel in the above captioned cause and that Assistant Attorney General Stacey M. Goldstein, current counsel of record for the Director, remain as lead counsel.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

_____
LINDA E. GARZA
Assistant Attorney General
State Bar No. 24032222
Southern District Bar No. 30366

_____
*Lead Counsel          STACEY M. GOLDSTEIN*
Assistant Attorney General
State Bar No. 24031632

2

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Linda E. Garza, Assistant Attorney General of Texas, do hereby certify that I did confer with David S. Gonzales, III regarding this motion to appear. Mr. Gonzales indicated that there would be no opposition to this motion.

_____
LINDA E. GARZA
Assistant Attorney General

## NOTICE OF SUBMISSION

TO: David S. Gonzales, III, Attorney for Petitioner, Santos Montoya, you are hereby notified that the undersigned attorney will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

_____
LINDA E. GARZA
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, Linda E. Garza, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Cockrell's Motion to Appear as Co-Counsel with Brief in Support** has been served on the attorney for Petitioner by placing same in the United States Mail, postage prepaid, on this the 25th day of July, 2002, addressed to:

David S. Gonzales, III
Attorney for Santos Montoya, TDCJ-ID #544493
501 East Tyler Avenue
Harlingen, Texas 78550
(956) 425-5297

_____
LINDA E. GARZA
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS MONTOYA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-205 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**ORDER**

On **Respondent Cockrell's Motion to Appear as Co-Counsel**, Assistant Attorney General Linda E. Garza is designated, and will appear as, co-counsel for Respondent and Assistant Attorney General Stacey M. Goldstein is designated, and will remain as, lead counsel for Respondent.

SIGNED on this the _____ day of _____, 2002.

_____
JUDGE PRESIDING