*13*

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *SANTOS MONTOYA,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. B-01-205 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

On **Respondent Cockrell's Motion to Appear as Co-Counsel**, Assistant Attorney General

Linda E. Garza is designated, and will appear as, co-counsel for Respondent and Assistant Attorney

General Stacey M. Goldstein is designated, and will remain as, lead counsel for Respondent.

SIGNED on this the 31st day of ___July___, 2002.

_____
JUDGE PRESIDING