```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk     :    M Garcia
Court Reporter      :    Schwab
CSO                 :    Harolson
Law Clerk           :    R Byrd
Interpreter         :    D Hoover
USM                 :    Aguilar
Date                :    August 8, 2002 at 2:00 p.m.
---------------------------------------------------------------------
CIVIL CASE NO.  B-01-205 (HGT)

Santos Montoya                          *       D Gonzales III
vs                                      *
Janie Cockrell, Director                *       S Goldstein
Texas Dept of Criminal                  *       L Garza
Justice, Institutional Division
---------------------------------------------------------------------
```

## EVIDENTIARY HEARING

S Goldstein and L Garza present for the Respondent;
Petitioner and attorney not present;
The Court takes a short recess; (2:08 p.m.)

All parties present in the Courtroom;

The Court allows the defendant's atty to begin his argument;
Atty D Siller Gonzales III states he tends to prove through medical records and sworn evidence that Petitioner did have a disability, which was discovered June of 2000;

The Court asks counsel if Petitioner is time-barred;

Ms Goldstein states State Writs do not toll;

S Goldstein states Petitioner has not filed a proper Writ;
States under Habeas Corpus Law he is not entitled to good time credits and further states parole is speculative;

L Garza addresses the time-barred credit;
Counsel further states 11 disciplinary hearings were filed, of those 11, good time credits were taken on 4, two of which are unexhausted;

Deft's atty states Petitioner became aware he had a claim when he was aware of his disability, when he was notified by a letter filed on June 5, 2000 ;

The Court states the tolling would occur after disability was discovered;

The Court is considering construing this case as a 1983;

The Court addresses counsel as to a 636(c) and will be waiting to hear from counsel on his matter;

Court adjourned.