| AO435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| Read Instructions on Back. | TRANSCRIPT ORDER | | |

| 1. NAME Felix Recio | 2. PHONE NUMBER 956/548-2701 | 3. DATE August 8, 2002 | |
|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, #203 | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |
| 8. CASE NUMBER CA B-01-205 | 9. JUDICIAL OFFICIAL Felix Recio | DATES OF PROCEEDINGS 10. FROM 8/8/02 | 11. TO 8/8/02 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- ☐ APPEAL       ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
- ☐ NON-APPEAL   ☒ CIVIL                 ☐ IN FORMA PAUPERIS         ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | United States District Court Southern District of Texas FILED |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | AUG 0 8 2002 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | Michael N. Milby |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | Clerk of Court |
| ☐ SENTENCING | | Evidentiary Hearing | 8/8/02 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE [signed] | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| 19. DATE 8/8/02 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY