IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANTOS MONTOYA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-205 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT'S ADVISORY TO THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through the Attorney General of Texas, and files this Advisory to the Court.

**I.**

This is a habeas corpus case brought by Texas state prisoner Santos Montoya ("Montoya") under 28 U.S.C. §§ 2241, 2254. On August 8, 2002, after an evidentiary hearing in this cause, the court ordered the parties to advise the court whether they will consent to the jurisdiction of the Magistrate Judge Felix Recio. In this case, the Director respectfully withholds her consent to proceed before Magistrate Judge Felix Recio.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Stacey M. Goldstein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent's Advisory to the Court with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 9th day of August, 2002, addressed to:

David S. Gonzales, III
Attorney at Law
501 E Tyler Ave
Harlingen, TX 78550

                                          STACEY M. GOLDSTEIN
                                          Assistant Attorney General