UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SANTOS MONTOYA,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-01-205 |
| JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§ | |

### ORDER

The above-styled and numbered 28 U.S.C. § 2254 cause of action is hereby set for a second evidentiary hearing on September 16, 2002, at 8:30 a.m. The United States District Clerk's Office is hereby ORDERED to issue a writ ad testificandum for the Petitioner's presence at said hearing.

The Clerk's Office is also ORDERED to summon to the hearing the following parties:

Keith Clendennen
Program Administrator – Offender Grievance
Texas Department of Criminal Justice
P.O. Box 99
Huntsville, Texas 77342

Susan L. Schumacher
Assistant Administrator – Offender Grievance
Texas Department of Criminal Justice
P.O. Box 99
Huntsville, Texas 77342

Additionally, this Court hereby ORDERS S. Michael Bozarth, Assistant Attorney General, to be present on behalf of Respondent Janie Cockrell at the September 16, 2002, hearing.

DONE at Brownsville, Texas, this 15th day of August, 2002.

Felix Recio
United States Magistrate Judge