19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANTOS MONTOYA<br>Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-01-205 |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

　　Comes now, SANTOS MONTOYA, petitioner, in the above styled and numbered cause, by and through his court-appointed attorney, David S. Gonzales and requests the Court to continue this case scheduled for a second evidentiary hearing on September 16, at 8:30 a.m. to a later date convenient to this Court.

　　Petitioner's court-appointed attorney, David S. Gonzales, currently has a priority setting in the 107th Cameron County State District Court on cause number 02-CR-457-A set for jury selection on September 16, at 8:30a.m. The nature of this case requires a substantial time commitment as the defendant is charged with two counts of intoxication manslaughter.

　　Petitioner's court-appointed attorney, respectfully requests that the above entitled evidentiary hearing be postponed one week or until the week of September 23, 2002.

　　WHEREFORE, PREMISES CONSIDERED, petitioner, SANTOS MONTOYA, prays this Court grant his motion and continue his case to a later date.

Respectfully submitted,

By: _____
DAVID SILLER GONZALES III
Attorney in Charge
Texas State Bar No. 24010060
Federal ID No. 25672
501 E. Tyler Ave.
Harlingen, Texas 78550
　Telephone:　(956) 425-5297
　Fax:　　　　(956) 425-1844

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2002, a copy of the foregoing Motion For Continuance was faxed to Stacy M. Goldstein, Assistant Attorney General at 512-936-1280.

_____
David S. Gonzales

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 21st day of August 2002, a copy of the foregoing Motion For Continuance was faxed to Stacy M. Goldstein, Assistant Attorney General at 512-936-1280 and that Stacy M. Goldstein is unopposed to the Motion for Continuance.

_____
David S. Gonzales

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS MONTOYA<br>Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-01-205 |

## ORDER

This Court having considered petitioner SANTOS MONTOYA'S Motion For Continuance in the above styled and numbered cause is of the opinion that it should be and it is hereby GRANTED/DENIED.

Petitioner SANTOS MONTOYA'S Secondary Evidentiary Hearing scheduled for September 16, 2002 is hereby continued to _____, 2002, at _____ __.M.

SO ORDERED this the _____ day of _____, 2002 at Brownsville, Texas.

HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE