United States District Court
Southern District of Texas
FILED
AUG 22 2002
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SANTOS MONTOYA<br>Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-01-205 |

United States District Court
Southern District of Texas
ENTERED
AUG 22 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

This Court having considered petitioner SANTOS MONTOYA'S Motion For Continuance in the above styled and numbered cause is of the opinion that it should be and it is hereby GRANTED/~~DENIED~~.

Petitioner SANTOS MONTOYA'S Secondary Evidentiary Hearing scheduled for September 16, 2002 is hereby continued to ___September 25___, 2002, at _2:00_ _P_ .M.

SO ORDERED this the _22nd_ day of _August_, 2002 at Brownsville, Texas.

HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE