SUSAN Schumacher  **RETURN OF SERVICE**

01-205

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

02 SEP -4 PM 3: [21]

MICHAEL N. MILBY, CLERK

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

SEP 0 4 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): Summons was received on August 23, 2002 via certified mail. Documents received by L. Lawrence

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Received on
Executed on  August 23, 2002
          *Date*

*Signature of Server*

600 E. Harrison, Room 1032, Brownsville, Tx
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure