*Kie'th Clemendem*

## RETURN OF SERVICE

*B-01-205*

| | DATE | SOUTHERN DISTRICT FILED |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | |

| | TITLE | 02 SEP -4 PM 3:42 |
|---|---|---|
| NAME OF SERVER *(PRINT)* | | |

MICHAEL N. MILBY, CLERK

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____

United States District Court
Southern District of Texas
ENTERED: *Filed*

☐ Returned unexecuted:_____

_____   SEP 06 2002

_____   Michael N. Milby, Clerk of Court

_____   By Deputy Clerk

☒ Other *(specify)*: **Summons was received on August 26, 2002 via certified mail.  J. Jenn signed for documents.**

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**Received**
Executed on ____**August 26, 2002**_____   _Robert Boynton_____
        *Date*                                *Signature of Server*

**600 E. Harrison, Room 1032, Brownsville, Tx**
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure —