**ORIGINAL**

1

```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
                          BROWNSVILLE DIVISION

SANTOS MONTOYA

VS.                                    C.A. NO. B-01-205

JANIE COCKRELL, DIRECTOR
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

---

EVIDENTIARY HEARING

AUGUST 8, 2002

---

On the 8th day of August, 2002, the following proceedings came on to be heard in the above-entitled and numbered cause in the United States Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas, before the Honorable Felix Recio, United States Magistrate Judge.

Proceedings reported by machine shorthand.

- - -