UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS MONTOYA | * | |
| VS | * | C.A. NO. B-01-205 |
| JANIE COCKRELL, DIRECTOR | * | |
| TEXAS DEPARTMENT OF CRIMINAL | * | |
| JUSTICE, INSTITUTIONAL DIVISION | * | |

United States District Court
Southern District of Texas
FILED
SEP 23 2002
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
SEP 23 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on <u>September 23, 2002</u>, the Court **STRUCK** the filing entitled **RESPONDENT COCKRELL'S MOTION TO CANCEL THE SECOND EVIDENTIARY HEARING AND SECOND MOTION FOR SUMMARY JUDGMENT** not comply with one or more of the following Local Rules:

1. \_\_\_\_  Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_  Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. \_\_\_\_  One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_  A copy of the filing was not provided (LR.5.2).

5. \_\_\_\_  No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. \_\_\_\_  No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. \_\_\_\_  Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ✓  A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this <u>23rd</u> day <u>September 2002</u>.

Felix Recio
United States Magistrate Judge