UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SANTOS MONTOYA * | |
| VS * | C.A. NO. B-01-205 |
| JANIE COCKRELL, DIRECTOR * | |
| TEXAS DEPARTMENT OF CRIMINAL* | |
| JUSTICE, INSTITUTIONAL DIVISION* | |

## ORDER CANCELING HEARING

Due to weather conditions, the evidentiary hearing set for September 25, 2002, is hereby cancelled.

DONE at Brownsville, Texas, this 23rd day September 2002.

_____
Felix Recio
United States Magistrate Judge