*31*

The Honorable Michael Milby, Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 E. Harrison Street, Room 101
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

MAY 12 2003

Michael N. Milby
Clerk of Court

RE: Santos Montoya v. Janie Cockrell
    Civil Action No. B-01-205

Dear Mr. Milby,

My name is Santos Montoya and am writing this letter of inquiry concerning any orders, opinions, decisions concerning the above numbered civil action. My new mailing address is listed below.

There have been some factors that might have impeded my access to some legal mail from this Court. Since the August, 2002, hearing in this Court, I have encountered some problems. In October, 2002, this Court requested my return for disposition of the hearing concerning the matters complained of. Due to the Hurricane in October, 2002, the Texas Department of Criminal Justice stopped all scheduled trips that were bound for South Texas, i.e., Brownsville. They kept me at the Huntsville Unit. I wrote my appointed counsel Mr. David Gonzales in November concerning the hold up due to the storm. Mr. Gonzales never wrote me back. Also, I was accused by another inmate while at Ellis Unit of some prohibited conduct, was locked up in segragation and I was transferred to the Eastham Unit. I have found someone that has experience in litigation and he has explained to me that I should make contact with the Court of any circumstances affecting me. As you might know, that I do not speak or write the English language and am not experienced in the law or procedures of the law.

Please bring this to the attention of the Court for proper action. Thank you for your assistance into this matter.

*Santos Montoya* #544493
SANTOS MONTOYA--PETITIONER

CERTIFICATE OF SERVICE

I, Santos Montoya hereby certify that a true and correct copy of the foregoing letter of inquiry has been forwarded to above listed address, by placing in the United States Mail on this the 8th day of May, 2003.

Respectfully Submitted,

*Santos Montoya* 544493
MR. SANTOS MONTOYA
TDCJ-ID #544493
EASTHAM UNIT
P. O. BOX 16
LOVELADY, TEXAS  75851

CC: Hon. David Gonzales
    Attorney at Law

    Santos Montoya