IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SANTOS MONTOYA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-205 |
| | § | |
| COCKRELL | § | |
| | § | |
| Respondent. | § | |

### ORDER

BE IT REMEMBERED that on May 15, 2003, the Court received from Petitioner a letter explaining that he has not received any correspondence from the Court since the evidentiary hearing in August 2002. The Court **ORDERS** the Clerk of the Court to photocopy and mail to Petitioner a copy of each docket entry after the evidentiary hearing, docket numbers fifteen (15) to thirty-one (31).

DONE at Brownsville, Texas, this 15th day of May 2003.

Hilda G. Tagle
United States District Judge