## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| SANTOS MONTOYA,<br>Petitioner | §<br>§<br>§ |
| v. | §    CIVIL ACTION NO. B-01-205 |
| UNITED STATES OF AMERICA<br>Respondent | §<br>§<br>§ |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Petitioner Santos Montoya's motion (Docket No. 33) is hereby DENIED.

DONE at Brownsville, Texas this _____ day of _____, 2005.

_____
Hilda Tagle
United States District Judge