United States District Court
Southern District of Texas
FILED

SEP 1 9 2005

Michael N. Milby
Clerk of Court



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

**OFFICIAL USE**

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Mr. Santos Montoya
Total Postage & Fees 4.93

Sent To
JORDON UNIT
1992 Helton Road
Street, Apt. No.; TX  79065
or PO Box No.
Pampa
City, State, ZIP+4
CA B01-205 (9/19/05 Amended R&R& & Letter

PS Form 3800, June 2002                    See Reverse for Instructions

7004 2890 0000 2942 1253