United States District Court
Southern District of Texas
FILED

SEP 2 6 2005

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  /s/ Short   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>C SHORT |
| 1. Article Addressed to:<br>Mr. Santos Montoya<br>TDCJ-ID #544493<br>JORDON UNIT<br>1992 Helton Road<br>Pampa, TX  79065<br><br>CA-B01-205 (9/19/05 R&R & Letter) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0003 2941 1253 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |