United States District Court
Southern District of Texas
ENTERED

OCT 28 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
RECEIVED

OCT 23 2005

Michael N. Milby, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SANTOS MONTOYA,<br>Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-205 |
| JANIE COCKRELL, DIRECTOR<br>TEXAS DEPT. OF CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION<br>Respondent. | § § § § § | |

## ORDER

Before the Court is the Magistrate Judge's Corrected Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Corrected Report and Recommendation is hereby ADOPTED. Accordingly, Petitioner Santos Montoya's Fed.R.Civ.P. 60(b)(6) motion (Docket No. 33) is hereby DENIED.

DONE at Brownsville, Texas this 27 day of October, 2005.

_____
Hilda Tagle
United States District Judge

1