# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Santos Montoya
TDCJ-ID
P.O. BOX 16
LOVELADY  TX  78851

---

Case: 1:01-cv-00205   Instrument: 39   (1 pages)
Date: Oct 28, 2005
Control: 051046009
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
    and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
    and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

7385140016-16      7720821010

United States Courts
Southern District of Texas
FILED

NOV 17 2005

Michael N. Milby, Clerk of Court



NIXIE        752        1        10   11/15/05
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 7720810101010
        *0639-05411-01-39





Hasler
$00.370
US POSTAGE